[Cite as *State ex rel. Meridia Health Sys. v. Indus. Comm.*, 122 Ohio St.3d 542, 2009-Ohio-4047.]

THE STATE EX REL. MERIDIA HEALTH SYSTEM, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Meridia Health Sys. v. Indus. Comm.*, 122 Ohio St.3d 542, 2009-Ohio-4047.]

*Workers' compensation — Court of appeals' judgment affirmed.*

(No. 2009-0100 — Submitted July 14, 2009 — Decided August 18, 2009.)

APPEAL from the Court of Appeals for Franklin County, No. 07AP-826, 2008-Ohio-6222.

_____

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

{¶ 2} Appellant's request for oral argument is denied.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Schottenstein, Zox & Dunn Co., L.P.A., Jack R. Starkoff, and William J. McDonald, for appellant.

Richard Cordray, Attorney General, and Charissa D. Payer, Assistant Attorney General, for appellee Industrial Commission of Ohio.

_____